**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6149**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

PAUL NAGY,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-98-951-5-BO-2)

———————

Submitted: May 31, 2001                 Decided: June 8, 2001

———————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Paul Nagy, Appellant Pro Se. Michael David Bredenberg, Jerri Ulrica Dunston, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Nagy appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Nagy</u>, No. CA-98-951-5-BO-2 (E.D.N.C. filed Dec. 13, 2000; entered Dec. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>